IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FREDERICK LYNN COLLINS | § |
| | § |
| v. | § Case No. 6:11-cv-419 |
| | § |
| UNIVERSAL CABLE HOLDINGS, INC., | § |
| d/b/a SUDDENLINK COMMUNICATIONS. | § |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 6th day of September, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE